

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00057-CV

Nena **CLAYTON**,
Appellant

v.

**TERRA APARTMENTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV10518
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting: Rebeca C. Martinez, Chief Justice
    Irene Rios, Justice
    Lori I. Valenzuela, Justice

Delivered and Filed: June 18, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on April 25, 2025. On May 12, 2025, we ordered appellant to file her brief and to show cause in writing by May 22, 2025, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). Appellant did not respond to this court's order, and, to date, appellant has not filed a brief. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM